UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY YU,<br><br>        Plaintiff,<br><br>   v.<br><br>EAST PALO ALTO, CITY OF,<br><br>        Defendant. | Case No. 25-cv-06456-JCS<br><br>**CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: September 8, 2025

NAME: Pamela K. Graham

/s/ Pamela K. Graham

*Signature or "/s/"*

COUNSEL FOR (OR "PRO SE"):

# PROOF OF SERVICE

### Yu v. City of East Palo Alto
### 3:25-cv-06456

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 790 E. Colorado Boulevard, Suite 850, Pasadena, CA 91101-2109.

On September 8, 2025, I served true copies of the following document(s) described as **CONSENT TO MAGISTRATE JUDGE JURISDICTION** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address kgogan@chwlaw.us to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 8, 2025, at La Canada Flintridge, California.

          /s/ Kerry M. Gogan
Kerry M. Gogan

**SERVICE LIST**
**Yu v. City of East Palo Alto**
**3:25-cv-06456**

| | |
|---|---|
| David J. Deerson, Esq. | Attorney for Plaintiff Westley Yu |
| Email: ddeerson@pacificlegal.com | |
| Pacific Legal Foundation | |
| 555 Capitol Mall, Suite 1290 | |
| Sacramento, CA 95814 | |
| | |
| Austin W. Waisanen | |
| Email: awaisanen@pacificlegal.com | |
| Pacific Legal Foundation | |
| 3100 Clarendon Blvd., Suite 1000 | |
| Arlington, VA 22201 | |