UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESLEY YU,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF EAST PALO ALTO,<br><br>  Defendant. | No. 3:25-cv-06456<br><br>**JOINT NOTICE OF DISMISSAL** |

TO THE HONORABLE COURT: Plaintiff Wesley Yu and Defendant City of East Palo Alto submit this Joint Notice of Dismissal and advise the Court as follows:

Pursuant to Fed. R. Civ. P. 41 and the settlement agreement reached by the Parties, the Parties hereby stipulate to dismissal of the above-entitled action with prejudice.

DATED: December 12, 2025.

Respectfully submitted,

By */s/ Pamela K. Graham*
Pamela K. Graham
Colantuono, Highsmith & Whatley, PC
670 West Napa Street, Suite F
Sonoma, CA 95476

*Attorney for Defendant*

By */s/ Austin Waisanen*
Austin Waisanen, David Deerson
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814

*Attorneys for Plaintiff*